```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                :
STACEY MERCER,              :
                :
           Plaintiff,     :      21-CV-2521 (VSB)
                :
      -against-       :      **ORDER**
                :
CHESNUT HILL COMPLEX      :
CORPORATION,               :
                :
          Defendant.  :
                :
------------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      Plaintiff filed this action on March 24, 2021, (Doc. 1), and filed an affidavit of service on April 6, 2021, (Doc. 5). The deadline for Defendant to respond to Plaintiff's complaint was April 22, 2021. (*See* Doc. 5.) To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, she is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than May 10, 2021. If Plaintiff fails to do so or otherwise demonstrate that she intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    April 27, 2021
           New York, New York

                                                Vernon S. Broderick
                                                United States District Judge